927 A.2d 198

### TOWNSHIP OF EXETER

v.

### ZONING HEARING BOARD OF EXETER TOWNSHIP and Land Displays, Inc.

**Petition of Land Displays, Inc. of Exeter Township.**

Supreme Court of Pennsylvania.

June 21, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Commonwealth Court rendered a decision that was not in accordance with the applicable decisions of the

Supreme Court of Pennsylvania when it found that [Petitioner's] Ordinance did not constitute a de facto exclusion of billboards[?]